UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT HARRIS,<br><br>                       Plaintiff,<br><br>   v.<br><br>KENT POLICE DEPARTMENT DETECTIVE, *et al*.,<br><br>                      Defendants. | Case No. C23-1510-JLR-MLP<br><br>ORDER DIRECTING PLAINTIFF TO FILE A PROPER PLEADING |

Plaintiff Dwight Harris is currently confined at the King County Jail ("the Jail") in Seattle, Washington. On September 28, 2023, Plaintiff submitted to the Court for consideration a motion for preliminary injunction and temporary restraining order. (Dkt. # 1.) Plaintiff did not submit with his motion either the requisite filing fee for a civil action or an actual pleading setting forth his claims for relief. On September 29, 2023, the Clerk's Office advised Plaintiff of the filing fee deficiency and Plaintiff corrected that deficiency on October 25, 2023, by filing an application to proceed with this action *in forma pauperis*. (Dkt. ## 3-4.) Plaintiff thereafter filed a motion for appointment of counsel. (Dkt. # 5.) To date, however, Plaintiff has not filed an actual pleading in this action, which is necessary before this matter may proceed.

ORDER DIRECTING PLAINTIFF TO
FILE A PROPER PLEADING - 1

Accordingly, the Court hereby ORDERS as follows:

(1)     Plaintiff shall submit a proper pleading to the Court not later than ***thirty (30) days*** from the date on which this Order is entered. The Clerk will provide Plaintiff a copy of the Court's standard complaint form to assist him in preparing a proper pleading. Plaintiff is advised that he should carefully complete all applicable portions of the form and he should ensure that his writing is legible.

(2)     Plaintiff's motions for preliminary injunctive relief and for appointment of counsel (dkt. ## 4-1, 5) are STRICKEN. Plaintiff may re-file those motions for consideration once he has submitted a proper pleading for the Court to review.

(3)     The Clerk is directed to send Plaintiff a copy of the Court's standard prisoner civil rights complaint form so he may file a proper pleading. The Clerk is further directed to note this matter on the Court's calendar for ***December 15, 2023***, for screening of Plaintiff's complaint. Finally, the Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James L. Robart.

DATED this 13th day of November, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
FILE A PROPER PLEADING - 2